**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | CR-19-0331<br>FORF #1 | COURT CASE NUMBER<br>Criminal No. 19-331 |
|---|---|---|
| DEFENDANT<br>SUE O'NEILL | | TYPE OF PROCESS<br>DISPOSE/DEPOSIT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SEE BELOW
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

LEE J. KARL
ASSISTANT U.S. ATTORNEY
700 GRANT STREET, SUITE 4000
PITTSBURGH, PA 15219
(412) 894-7488

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                    Fold

Pursuant to the attached Final Order of Forfeiture, please deposit the forfeited monies ($254,629.46) into the Asset Forfeiture Fund.

Signature of Attorney other Originator requesting service on behalf of:
*/s/ Lee J. Karl, AUSA*
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 412-894-7488
DATE: 1/4/2021

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 068 | District to Serve No. 068 | Signature of Authorized USMS Deputy or Clerk | Date: 01/4/2021 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only if different than shown above)*

Date: 01/04/2021
Time: [ ] am [ ] pm
Signature of U.S. Marshal or Deputy

**FILED**
**JAN 2 0 2021**
**CLERK U.S. DISTRICT COURT**
**WEST. DIST. OF PENNSYLVANIA**

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS:  01/04/2021 Deposited $254,629.46 into AFF 12/28/2020.
CATS No. 19-FBI-003405/jmm

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00